SO. CAL. EQUAL ACCESS GROUP
Jason Yoon (SBN 306137)
Jason J. Kim (190246)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorney for Plaintiff,
YOUNG LEE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

YOUNG LEE,

       Plaintiff,

  vs.

S & R SUBWAY, INC. D/B/A
SUBWAY; LJD3, LLC; and DOES 1
through 10,

       Defendants.

**Case No. 2:19-cv-02118 GW (Ex)**

**NOTICE OF VOLUNTARY
DISMISSAL OF ENTIRE CASE
WITH PREJUDICE**

**PLEASE TAKE NOTICE** that Plaintiff **YOUNG LEE** ("Plaintiff")
pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily
dismisses the entire action *with prejudice* pursuant to Federal Rule of Civil
Procedure Rule 41(a)(1) which provides in relevant part:

    (a) **Voluntary Dismissal.**

        (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2,

            and 66 and any applicable federal statute, the plaintiff may

            dismiss an action without a court order by filing:

            (i)    A notice of dismissal before the opposing party serves

                either an answer or a motion for summary judgment.

1  Defendant has neither answered Plaintiff's Complaint, nor filed a motion for

2  summary judgment.  Accordingly, this matter may be dismissed without an Order of

3  the Court.

4

5

6   DATED:  January 03, 2020                **SO. CAL EQUAL ACCESS GROUP**

7

8                                                        */s/ Jason Yoon*
                                                          JASON YOON
9                                                         Attorney for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                          NOTICE OF VOLUNTARY DISMISSAL